UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEBRA K. HUBER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-2246 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Reports and Recommendations (#21), (#22) were filed by the Magistrate Judge in the above cause on February 2 and February 11, 2009, respectively. More than ten (10) days have elapsed since the filing of both Reports and Recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#21), (#22) are accepted by this court.

(2) Plaintiff's Motion to Remand Pursuant to 42 U.S.C. § 405(G)–Sentence Six (6) (#16) is DENIED.

(3) Plaintiff's Motion for Summary Judgment or Remand (#14) is GRANTED.

(4) This case is remanded to the Administrative Law Judge to explain her reasoning regarding Plaintiff's social functioning in light of the inconsistent opinions in Dr. Howard's reports and so that the ALJ can consider Dr. Howard's opinion that Plaintiff should be limited to work that does not involve interaction with the general public.

ENTERED this 3rd day of March, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE