E-FILED
Wednesday, 01 April, 2009 01:26:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| DEBRA K. HUBER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 07-2246 |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

# REPORT AND RECOMMENDATION

In March 2007, Administrative Law Judge (hereinafter "ALJ") Barbara Welsch denied Plaintiff Debra Huber's applications for disability insurance benefits and supplemental security income benefits. The ALJ based her decision on findings that Plaintiff was not disabled within the meaning of the Social Security Act and she is capable of performing a number of other jobs that exist in the national economy.

In January 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration denying benefits. In July 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#14). She subsequently filed a Motion for the Court To Remand Her Case Pursuant to 42 U.S.C. § 405(g) – Sentence Six (6) (#16). In September 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#19).

After reviewing the administrative record and the parties' memoranda, this Court recommended in its Report and Recommendation (#21), pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Motion for the Court To Remand Her Case Pursuant to 42 U.S.C. § 405(g) – Sentence Six (6) (#16) be denied. In addition, this Court recommended in its Report and Recommendation (#22), pursuant to its authority under 28 U.S.C. § 636(b)(1)(B),

that Plaintiff's Motion for Summary Judgment (#14) be granted.  Chief United States District Judge Michael P. McCuskey's entered an Order on March 3, 2009, accepting this Court's recommendation denying motion (#16) and granting motion (#14) and the case was remanded to the Administrative Law Judge.

Consistent with the Court's previous findings and rulings, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#19)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 10 working days after service of a copy of this recommendation. *See* 28 U.S.C. 626(b)(1).  Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 1st day of April, 2009.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE