# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **DEBRA K. HUBER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.                 ) | Case No. 07-CV-2246 |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#32) was filed by Magistrate Judge David G. Bernthal in the above cause on August 26, 2009. On September 14, 2009, Plaintiff, Debra K. Huber, filed her Objection to Report and Recommendation (#33). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#32). This court agrees that Plaintiff's Motion for Attorneys Fees Under the Equal Access to Justice Act (EAJA) (#28) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#32) is accepted by this court.

(2) Plaintiff's Motion for Attorneys Fees Under the EAJA (#28) is DENIED.

ENTERED this 5th day of October, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE