UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEBRA K. HUBER, ) <br> ) <br> Plaintiff, ) <br> v.  ) <br> ) <br> MICHAEL J. ASTRUE, COMMISSIONER ) <br> OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | Case No. 07-CV-2246 |

## ORDER

The Seventh Circuit Court of Appeals reversed a prior order of this court denying Plaintiff's Application for Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2142. The Seventh Circuit determined that Plaintiff was entitled to an award of fees and remanded the case to this court for a determination of the amount to be awarded. The parties briefed the issue and on November 29, 2010, Magistrate Judge David G. Bernthal issued a Report and Recommendation (#46) recommending an award of $8,224.50 in attorneys fees under the EAJA. On December 8, 2010, Plaintiff filed a Response to the R&R and Supplemental Award of Attorneys Fees Under the EAJA (#47), in which Plaintiff accepted the $8,224.50 in fees but also asked for an additional $13,608.30 for the 82.73 hours spent litigating the EAJA issue, for a grand total of $21,832.80 in attorneys fees. On January 31, 2011, Defendant filed his Response (#49) indicating he had no objection to the $21,832.80 amount under the EAJA.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#46) is accepted by this court.

(2) Plaintiff is awarded $21,832.80 in attorneys fees under the EAJA.

(3) This case is terminated.

ENTERED this 23rd day of February, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE